

Hunter J. Shkolnik- Partner
*Hunter@NapoliLaw.com*

April 3, 2017

U.S. Court of Appeal for the 9th Circuit
95 Seventh Street
San Francisco, CA 94103

    Re:    *In Re: Incretin-Based Therapies Products Liability Litigation*
              Jean Adams On Behalf of Herself and All Others Similarly Situated Plaintiffs
              v. Merck Sharp Dohme Corp., et. al.; *No. 15-56997; D.C. No. 3:13-md-02452-AJB-MDD*

Dear Clerk of the Court:

    The hearing in this matter is currently scheduled to be heard the week of June 5, 2017. Appellants-Plaintiffs have retained counsel for the oral argument, David C. Frederick, Esq. of Kellogg Hansen Todd Figel & Fredrick, who will enter his appearance shortly. David C. Frederick is unavailable June 5-8, 2017 due to a previously scheduled professional commitment.

    Appellants-Plaintiffs respectfully request this Court schedule the hearing for either June 9, 2017, the week of June 12, 2017, or move the hearing to another session.

    Appellants-Plaintiffs have filed this correspondence without seeking the concurrence of opposing counsel due to the imminent selection of the Panel and the Clerk's recommendation that this request be filed immediately.

    We thank you for your consideration of this matter.

                                        Sincerely,

                                        Hunter J. Shkolnik

Cc:
Loren Brown
Mr. Richard Blair Goetz



Jeffrey Michael Goldman
Jonathan Hacker
Mr. Don Hernandez
Ms. Maurita Elaine Horn
Robert Mont Howard
Ms. Dinita L. James
Michael Kenneth Johnson
Kathleen Kelly Kahn
Kenneth J. King
Ms. Amy Jean Laurendeau
Douglas R. Marvin
Ms. Sinead Mary O'Carroll
Mr. Stanley Joseph Panikowski, III
Rachel K. Paulose
Kenneth W. Pearson
Ms. Ana Cecilia Reyes
Mr. Hunter J. Shkolnik
Mr. David E. Stanley
Mrs. Vickie Turner
Mr. Raymond Michael Williams
Christopher Young
Mr. Tor A. Hoerman
Mr. Maxwell S. Kennerly